# Court of Appeals
# of the State of Georgia

ATLANTA,⎯⎯July 27, 2015⎯⎯⎯⎯

*The Court of Appeals hereby passes the following order:*

**A15D0473.  IN THE INTEREST OF: S. P., A CHILD.**

Priscilla Johnson seeks a discretionary appeal from an order denying her motion for reconsideration of the denial of her petition for permanent guardianship of her grandchild, S. P.  However, this appeal does not fall within those classes of cases listed in OCGA § 5-6-35 (a) requiring a discretionary application.  In this regard, guardianship proceedings are not domestic relations cases subject to OCGA § 5-6-35 (a) (2).  See *In the Interest of E. P. M.*, 189 Ga. App. 770, 770 (377 SE2d 535) (1989).

Instead, the trial court's order is directly appealable under OCGA § 5-6-34 (a) (11), which allows direct appeals to be taken from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody."  See *In the Interest of A. R.*, 309 Ga. App. 844, 845 (711 SE2d 402) (2011) (guardianship is equated with custody); *In the Interest of E. P. M.*, supra at 770.  Moreover, Johnson's application is timely from the trial court's order denying her motion for reconsideration.  See OCGA § 5-6-34 (a) (11); id. § 5-6-38 (a) (an appeal must be filed within 30 days of entry of the trial court's order); *Williamson v. Williamson*, 293 Ga. 721, 722 (748 SE2d 679) (2013) (reviewing a direct appeal following the denial of a motion for reconsideration in a child custody case).  Therefore, the application is GRANTED pursuant to OCGA § 5-6-35 (j).

Johnson shall have ten days from the date of this order to file her notice of appeal.  The clerk of the juvenile court is directed to include a copy of this order in the record transmitted to this Court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* <u>07/27/2015</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*